**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTRADA GARZON (aka ESTRADA GARZON AGUSTIN), (A-Number: 241-685-257), <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER CHESTNUT, WARDEN, et al., <br><br> Respondents. | No. 1:26-cv-03235 JLT EGC (HC) <br><br> ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED <br><br> ORDER REFERRING MATTER TO ASSIGNED MAGISTRATE JUDGE <br><br> [21-DAY DEADLINE] |

Petitioner has filed a petition for writ of habeas corpus challenging his detention by the United States Bureau of Immigration and Customs Enforcement.

Petitioner is a noncitizen who has been detained for over three months. (Doc. 1 at 2.) Prior to his re-detention, he claims to have been living in the United States while pursuing his immigration case on some form of supervised release, applied for asylum, received a positive credible fear determination, obtained a work permit, and cooperated in the immigration process. (*Id*. at 2–3.)

Because Petitioner may be entitled to relief if the allegations are proved, Respondent **IS ORDERED TO SHOW CAUSE** why the Petition should not be granted. Rule 4, Rules Governing Section 2254 Cases. Respondents **SHALL INCLUDE** a copy of all relevant portions

1

of Petitioner's Alien File and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases. In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties **SHALL** notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Thus, the Court **ORDERS**:

1. Respondent is **ORDERED TO SHOW CAUSE** why the Petition should not be granted. The Response to the Order to Show Cause is due within 21 days of the date of service of this order.

2. Petitioner may file a Traverse to the Response within 14 days of the date the Response to the Order to Show Cause is filed with the Court.

3. In the meantime, unless and until the Court orders otherwise, the Court **ORDERS** that Respondents shall not remove Petitioner from the United States nor transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the circumstances, the Court finds that this order is warranted to maintain the status quo pending any subsequent order and finds that Petitioner has satisfied the factors governing the issuance of such relief.

4. The Court refers the matter to the assigned magistrate judge for the preparation of findings and recommendations. Unless the Court orders otherwise, this matter will be decided without oral argument pursuant to Local Rule 230(g). Thus, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.

IT IS SO ORDERED.

Dated:   **June 23, 2026**

_____
UNITED STATES DISTRICT JUDGE

2